May 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00499-CR                          V.

RUSSELL HOWARD COOLEY, Appellee

_____

This cause was heard on the transcript of the record of the court below. We have inspected the record and find there was no error in the portion of the judgment finding guilt but there was error in the sentence.

The sentence is therefore **VACATED** and the cause is **REMANDED** for a new sentencing hearing only. The trial court shall commence the hearing as if a finding of guilt had been returned and proceed to the sentencing phase. We **AFFIRM** the remainder of the judgment.

We further order that all costs incurred by reason of this appeal be paid by appellee, Russell Howard Cooley.

We further order this decision certified below for observance.